Filed Under Seal

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| DAMON SUBER<br>a/k/a "Damon D. Suber" | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession of a<br>firearm by a felon – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about December 22, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### DAMON SUBER,
### a/k/a "Damon D. Suber,"

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a black, Glock GMBH (AU), model 43, 9mm semiautomatic handgun, with serial number BEEB416, loaded with 6 live rounds of 9mm ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**DAMON SUBER,**
a/k/a "Damon D. Suber,"

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to:

1.    a black, Glock GMBH (AU), model 43, 9mm semiautomatic handgun, with serial number BEEB416; and

2.    six live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

████████████████████

_JM ____ /FOR_

**DAVID METCALF**
**UNITED STATES ATTORNEY**

2

No._____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

## THE UNITED STATES OF AMERICA

vs.

DAMON SUBER, a/k/a "Damon D. Suber

## INDICTMENT

Counts

**18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count); Notice of forfeiture**

Filed in ▮
Of April_____ A.D. 20 2 6
_____ Mary Mink_____
Foreperson

Bail, $_____